UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  26-60124-CR-GAYLES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANTONIO HECTOR VARONA-TERVEL,

      Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL
## AND ASSOCIATED PRETRIAL DEADLINES

Mr. Tervel, through counsel, respectfully moves unopposed for a ninety (90) day continuance of trial and associated deadlines in this case. In support, he states:

1.      Mr. Tervel is charged with the unlawful possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). DE 1.

2.      He was arraigned on the charges in Fort Lauderdale on June 9, 2026, on which date he was also ordered detained pending trial. DE 14. Mr. Tervel was transferred to Miami a few weeks thereafter.

3.      Trial has been scheduled for the two-week period beginning on July 27, 2026, with a calendar call on July 22, 2026. DE 27.

4.      Mr. Tervel respectfully requests a ninety-day continuance of this trial date. Due to his transport dates, undersigned was not able to meet with Mr. Tervel for an initial meeting until July, and while she has begun reviewing the discovery with him, she requires additional time to review the various documents and hours of

recordings. Additionally, undersigned requires additional time to conduct her own independent investigation of the facts of the case, and to provide Mr. Tervel with competent advice as to possible motions and defenses in the case. Additionally, undersigned expects to be away on annual leave during the week of September 21, 2026, for a significant out-of-district commitment—this week falls 60 days from the currently scheduled trial date, and she requests 90 days to ensure there is time to prepare for a trial following her return, if necessary. Finally, the time would also allow the parties an opportunity to confer and discuss a possible resolution.

5.      This request is made in good faith and will not cause undue delay.

6.      AUSA Jamel Marshall has advised that the Government does not oppose the requested relief.

WHEREFORE, Mr. Tervel respectfully requests that the Court GRANT his motion, and continue the trial and associated deadlines by ninety (90) days.

*      *      *

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY:   *s/Srilekha Jayanthi*
Assistant Federal Public Defender
Special  Bar No. A5502728
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000/ (305) 536-4559, Fax
E-Mail:  srilekha_jayanthi@fd.org

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on **July 21, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Srilekha Jayanthi*

3