**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60124-CR-GAYLES**

UNITED STATES OF AMERICA

v.

ANTONIO HECTOR VARONA-TERVEL,

    Defendant.

_____/

**<u>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL</u>**

**THIS CAUSE** came before the Court on Defendant Antonio Hector Varona-Tervel's Unopposed Motion to Continue Trial [ECF No. 28]. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Continue Trial is **GRANTED**. The interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance - *i.e.*, from the date the Motion was filed, July 21, 2026, to and including the date trial commences - is excludable under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins on **October 19, 2026.** A calendar call will be held on **Wednesday October 14, 2026, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their

appearances telephonically using the following dial-in information: Dial-in Number **305-990-2559**;

**ID; 374050271#**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on July 22, 2026.

 

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record